Natalia D. Asbill-Bearor, SBN: 281860
Robin K. Perkins, SBN: 131252
PERKINS ASBILL APLC
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
natalia@perkinsasbill.com

Attorneys for Plaintiffs
ROBERT LOVEJOY, JR. AND
JUDITH F. LOVEJOY

Stephen M. Hayes, SBN: 83538
Cherie M. Sutherland, SBN: 217992
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE LLP
999 Skyway Road, Suite 310
San Carlos, CA 94070
Telephone: (650) 637-9100
Facsimile: (650) 637-9101
csutherland@hayesscott.com

Attorneys for Defendants
INTEGON NATIONAL INSURANCE COMPANY and
NATIONAL GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LOVEJOY, JR. and JUDITH F. LOVEJOY<br><br>Plaintiff,<br><br>vs.<br><br>INTEGON NATIONAL INSURANCE COMPANY; NATIONAL GENERAL INSURANCE; and, DOES 1-25;<br><br>Defendants. | Case No.: 2:21-CV-01850-KJM-DMC<br><br>STIPULATION AND ORDER TO VOLUNTARY DISPUTE RESOLUTION PROGRAM |

///

///

-1-
STIPULATION TO VDRP

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916 446 2000
www.perkinsasbill.com

Pursuant to Local Rule 271(c)(3), the parties hereby agree to submit to the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: December 7, 2021

PERKINS ASBILL

*/s/ Natalia D. Asbill-Bearor*
Natalia D. Asbill-Bearor
Attorney for Plaintiffs
ROBERT AND JUDITH LOVEJOY

Dated: December 7, 2021

HAYES SCOTT BONINO ELLINGSON GUSLANI SIMONSON & CLAUSE LLP

*/s/ Cherie Sutherland*
Cherie Sutherland
Attorney for Defendants
INTEGON NATIONAL INSURANCE COMPANY and NATIONAL GENERAL INSURANCE COMPANY

**IT IS SO ORDERED.**

DATED:  December 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916 446 2000
www.perkinsasbill.com