IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LOVEJOY, JR., et al., | No. 2:21-CV-1850-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| INTEGON NATIONAL INSURANCE COMPANY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Plaintiffs have filed a notice of settlement of the entire action. See ECF No. 9. In light of the settlement, the scheduling conference set for February 23, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby vacated.

IT IS SO ORDERED.

Dated: January 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1